# United States District Court

_____ DISTRICT OF _____
MASSACHUSETTS

MASSACHUSETTS LABORERS' BENEFIT FUNDS

V.

R. P. IANNUCCILLO & SONS CONSTRUCTION CO.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 12103 DPW

TO: (Name and Address of Defendant)

R. P. IANNUCCILLO & SONS CONSTRUCTION CO.
70 CALVERLY STREET
PROVIDENCE, RHODE ISLAND   02908

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

JOHN D. O'REILLY, III, ESQUIRE
O'REILLY, GROSSO & GROSS, P.C.
1671 WORCESTER ROAD, SUITE 205
FRAMINGHAM, MASSACHUSETTS 01701-5400

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
CLERK

OCT 1 2004
DATE

BY DEPUTY CLERK

Service of the Summons and Complaint was made by me[1]

| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Marilyn Morgan_
To an agent authorized by appointment or by law to receive service of process on behalf of defendant, namely Marilyn Morgan

### STATEMENT OF SERVICE FEES

| TRAVEL 5.00 | SERVICES 40.00 | TOTAL 45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/04 at 12:16 P.M.     Signature of Server

16 Cornell Ave, Rumford R.I. 02916
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Robert J. Kilduff