UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
******************************
MASSACHUSETTS LABORERS'       *
BENEFIT FUNDS,                *
                  Plaintiff   *
                              *
VS.                           *          C. A. NO. 04-12103 DPW
                              *
R. P. IANNUCILLO & SONS       *
CONSTRUCTION CO.,             *
                  Defendant   *
******************************
```

## PLAINTIFF'S DISMISSAL

Now comes Plaintiff, Massachusetts Laborers' Benefit Funds, and dismisses, without prejudice, its Complaint in the above-entitled matter.

Dated:  December 17, 2004

                                  MASSACHUSETTS LABORERS'
                                  BENEFIT FUNDS

                                  By its Attorney,


                                  John D. O'Reilly, III
                                  BBO # 379995
                                  O'Reilly, Grosso & Gross, P.C.
                                  1671 Worcester Road, Suite 205
                                  Framingham, MA   01701-5400
                                  Tel.:  (508) 620-0055

E:\Documents\John O'Reilly\MLBF-Delinquencies\R.P.Iannuccillo & Sons Const\Pltff Dismissal.doc